UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 17-20652-KMW

J.B. as natural mother and
Legal Guardian of R.P., a minor

    Plaintiff,
vs.
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties, Plaintiff, J.B. as Natural Mother and legal guardian of R.P., a minor and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, hereby notify this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved.  The parties are in the process of finalizing the settlement.  Once the parties have exchanged the settlement documents for the settlement draft and the draft has cleared normal banking channels the parties shall submit a Stipulation of Dismissal to the Court.

Dated this 27th day of March, 2017.

                                              Respectfully submitted,

                                            SUZANNE BROWN VAZQUEZ, ESQ.
                                            svazquez@carnival.com
                                            3655 N.W. 87th Avenue
                                            Miami, Florida  33178-2428
                                            Telephone: (305) 406-6628
                                            Dedicated Judge's Phone 305-406-5399
                                            Facsimile: (305) 406-4732
                                            Attorney for Defendant
                                            CARNIVAL CRUISE LINES

                                        By:    *s/Suzanne Brown Vazquez, Esq.*
                                                      SUZANNE BROWN VAZQUEZ
                                                      Fla. Bar No.: 132489

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                By: *s/Suzanne Brown Vazquez Esq.*
                                                                    SUZANNE BROWN VAZQUEZ
                                                                    Fla. Bar No.: 132489

## SERVICE LIST

J.B. AS NATURAL MOTHER AND LEGAL GUARDIAN OF R.R. A MINOR versus CARNIVAL CORPORATION

CASE NO. 17-20652-KMW

United States District Court, Southern District of Florida

| | |
|---|---|
| SUZANNE B. VAZQUEZ, ESQ. | JUDD G. ROSEN ESQ. |
| CARNIVAL CRUISE LINES | GOLDBERG & ROSEN, P.A. |
| 3655 N.W. 87th Avenue | 1111 Brickell Avenue, Suite 2180 |
| Miami, Florida 33178-2428 | Miami, FL 33131 |
| Telephone: (305) 406-5054 | Telephone: (305) 374-4200 |
| Facsimile: (305) 406-4732 | Facsimile: (305) 374-8024 |
| Dedicated Court Line (Judge's only) | Attorney for Plaintiff |
| (305) 406-5399 | J.B., as Natural Mother and Legal Guardian |
| Attorney for Defendant | Of R.P. A Minor |
| CARNIVAL CRUISE LINE | |