UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 17-20652-KMW

J.B. as natural mother and
Legal Guardian of R.P., a minor

    Plaintiff,
vs.
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Florida Rules of Civil Procedure, the parties hereby notify the Court of settlement.

**IT IS STIPULATED** by and between the Plaintiff, J.B. as Natural Mother and Legal Guardian of R.P., a Minor and Defendant, CARNIVAL CRUISE LINES, a Panama corporation, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees. The Court shall retain jurisdiction over the terms of the settlement.

DATED this 24th day of April, 2017.

| | |
|---|---|
| JUDD ROSEN, ESQ. | SUZANNE B. VAZQUEZ, ESQ. |
| GOLDBERG & ROSEN P.A. | CARNIVAL CRUISE LINES |
| Attorney for Plaintiff | Attorney for Defendant |
| 1111 Brickell Avenue, Suite 2180 | 3655 N.W. 87th Avenue |
| Miami, Florida 33131 | Miami, Florida 33178-2428 |
| Telephone: 305-374-4200 | Telephone: (305) 406-5054 |
| Facsimile: 305-374-8024 | Facsimile: (305) 406-4732 |
| | |
| By: __*S/Judd Rosen, Esq.*_____ | By: __*S/Suzanne B. Vazquez, Esq*_____ |
|     JUDD ROSEN, ESQ. |     SUZANNE B. VAZQUEZ, ESQ. |
|     FL BAR NO. 0458953 |     FL BAR NO. 132489 |